

Dennis J. Nave　　　Ralph Habib　　　Heather L. Youngman　　Jake Buckland*　　　David J. Rynkowski*
Robert G. Babcock　Justin M. Lange　Alexander N. Serles*　Karl E. Manne˜　William J. Reddy*
Madelyn M. Cittadino　Maria V. Morse　Kevin T. Kelly*　　Thomas D. Pickering˚　Adam J. Willman*
Andrew T. Geisler　Brady J. O'Malley　James R. Maloney*　Scott B. Goldie*　　Of Counsel*

March 5, 2024

<u>By E-Filing</u>
Hon. Therese Wiley Dancks
Chief U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse NY 13261-7346

   Re: *T's Wireless, LLC, et al v. City of Syracuse, et al.*
     5:23-cv-01444-DNH-TWD

Dear Judge Dancks:

  As directed at the Rule 16 Conference, Plaintiff submits this letter as the parties' joint request for a jury trial.

  Thank you for your time and consideration.

Respectfully,

NAVE LAW FIRM

Brady J. O'Malley
brady@naveteam.com

125 Wolf Road, Suite 316, Albany, NY 12205　　518-459-1222　518-453-1033
231 Walton Street, Syracuse, NY 13202　　　　315-200-1583　315-473-0530


www.NAVETEAM.com