UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
T'S WIRELESS, LLC and
TAREK SHEHADEH,               <u>STIPULATION OF VOLUNTARY DISMISSAL
                              PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)</u>

          Plaintiffs,

                          5:23-CV-01444

      -v-

CITY OF SYRACUSE,
JAKE DISHAW, and BEN WALSH,

          Defendants.
-------------------------------------------------------x

     IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that no party hereto is an infant or incompetent and that the entire above-captioned action shall be and is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 41.3.


<u>/s/ Todd M. Long</u>                                         <u>*Brady O'Malley*                    </u>
Todd M. Long, Esq.                                  Brady J. O'Malley, Esq.
City of Syracuse Law Department                     Nave Law Firm
*Attorneys for Defendants*                          *Attorneys for Plaintiffs*
233 East Washington Street                          231 Walton Street
300 City Hall                                       Syracuse, NY 13202
Syracuse, NY 13202                                  315-551-7438
315-448-8400                                        brady@naveteam.com
tlong@syr.gov

Dated: January 14, 2025                             Dated: January 14, 2025