UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

T'S WIRELESS, LLC and
TAREK SHEHADEH,                                    **STIPULATION OF VOLUNTARY DISMISSAL**
                                                   **PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

                Plaintiffs,

                        5:23-CV-01444

         -v-

CITY OF SYRACUSE,
JAKE DISHAW, and BEN WALSH,

                Defendants.
-----------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that no party hereto is an infant or incompetent and that the entire above-captioned action shall be and is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 41.3.


*/s/Todd M. Long*                                  *Brady O'Malley*
_____                            _____
Todd M. Long, Esq.                                 Brady J. O'Malley, Esq.
City of Syracuse Law Department                     Nave Law Firm
*Attorneys for Defendants*                          *Attorneys for Plaintiffs*
233 East Washington Street                          231 Walton Street
300 City Hall                                       Syracuse, NY 13202
Syracuse, NY 13202                                  315-551-7438
315-448-8400                                        brady@naveteam.com
tlong@syr.gov

Dated: January 14, 2025                             Dated: January 14, 2025

                                                    IT IS SO ORDERED:

                                                    _____
                                                    David N. Hurd
                                                    U.S. District Judge

                                                    Dated: ___January 24, 2025___